```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-CR-300 AWI
                                 )
12                 Plaintiff,    )  STIPULATION AND ORDER TO
                                 )  CONTINUE STATUS CONFERENCE
13  v.                           )  HEARING
                                 )
14  ANDRE JOHNSON                )  DATE: January 30, 2012
                                 )  TIME: 9:00 A.M.
15                 Defendant.    )  JUDGE: Hon. Anthony W. Ishii
                                 )
16  _____ )
```

17    IT IS HEREBY STIPULATED by and between the parties hereto
18 through their respective counsel that the status conference in the
19 above-captioned matter now set for January 23, 2012, may be continued
20 to January 30, 2012 at 9:00 A.M.  This continuance is at the request
21 of both counsel for to allow time for proper preparation and to
22 permit plea negotiations between the parties with the intention of
23 conserving time and resources for both parties and the court. This is
24 only the second status hearing, and a plea offer went out on January
25 13, 2012.  Defense counsel has requested additional time to review
26 the offer with Mr. Johnson.  The parties agree that the delay
27 resulting from the continuance shall be excluded in the interests of
28

justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: January 17, 2012  By:  /s/ Elana S. Landau
                                ELANA S. LANDAU
                                Assistant United States Attorney

DATED: January 17, 2012  By:  /s/ Anthony P. Capozzi
                                ANTHONY P. CAPOZZI
                                Attorney for Defendant Johnson

**O R D E R**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    January 18, 2012
                                CHIEF UNITED STATES DISTRICT JUDGE