ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
Andre Johnson

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-300 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| Andre Johnson, | ) |
| Defendant. | ) DATE: February 27, 2012 ) TIME: 10:00 a.m. ) Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 13, 2012, be continued to February 27, 2012 at 9:00 a.m. This continuance is at the request of both counsel to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. A plea offer went out on January 13, 2012. Defense counsel has requested additional time to review the offer with Mr. Johnson and with the Assistant United States Attorney. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the

need for the period of time set forth herein for effective defense preparation and continuing plea negotiations pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(B)(i) and (iv).

Respectfully submitted,

BENHAMIN B. WAGNER
United States Attorney

DATED: February 8, 2012    By:    /s/ Elana S. Landau
                                   ELANA S. LANDAU
                                   Assistant United States Attorney

DATED: February 8, 2012    By:    /s/ Anthony P. Capozzi
                                   Anthony P. Capozzi
                                   Attorney for Defendant
                                   Andre Johnson

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: February 8, 2012                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE